CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 17 2012

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA J. REEDY HOCKMAN, | Civil Action No. 7:12cv00312 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| WENDY HOBBS & MARSHA GARST, COMMONWEALTH'S ATTORNEY, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiff's request for in forma pauperis status is **GRANTED**, and her complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The Clerk is **DIRECTED** to strike this matter from the court's active docket and to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: July 17, 2012.

_____
UNITED STATES DISTRICT JUDGE